IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PAMELA RAMOS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 2:07cv293-MHT |
| STATE OF ALABAMA, et al. | ) ) ) |
| Defendants | ) |

## MOTION TO WITHDRAW

COMES NOW the undersigned, Brandy Murphy Lee ("Lee") of the law firm of Campbell, Waller & Poer, LLC and moves for leave of Court to withdraw as Amy L. Stuedeman as counsel of record for Defendants in the above-styled cause. In support of said motion, Lee states as follows:

1. Stuedeman no longer practices with Campbell, Waller & Poer, L.L.C.

2. That Campbell, Waller & Poer, L.L.C. will continue as counsel for Defendants in this action.

3. No parties will be prejudiced and the Defendants will continue to be represented adequately should the court allow Stuedeman to withdraw.

WHEREFORE, PREMISES CONSIDERED, counsel respectfully requests that this Court grant his motion and enter an Order allowing Stuedeman to withdraw as counsel of record.

/s/ Brandy Murphy Lee
Brandy Murphy Lee (ASB-8735-E67B)

**OF COUNSEL:**

CAMPBELL, WALLER & POER, LLC
2100-A SouthBridge Parkway, Suite 450
Birmingham, Alabama 35209
(205) 803-0051

## CERTIFICATE OF SERVICE

I hereby certify that I have on April 25, 2007 electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail as indicated below):

Robert Childs, Jr.
Gordon, Silberman, Wiggins & Childs
The Kress Building
301 19th Street North
Birmingham, AL 35203

William J. Huntley, Jr.
Huntley & Associates, P.C.
P.O. Box 370
Mobile, Alabama 36601

John J. Park
Margaret Fleming
Office of the Attorney General
11 S. Union Street
Montgomery, Alabama 36130

Warren B. Lightfoot, Jr.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203
Alice Ann Byrne
State Personnel Department
Third Floor, Suite 316
Folson Administration Building
64 North Union Street
Montgomery, Alabama 36130

David R. Boyd
Balch & Bingham
P.O. Box 78
Montgomery, AL 36101-0078

William F. Gardner
Cabaniss, Johnston, Gardner, Dumas & O'Neal
700 Park Place Tower
Birmingham, Alabama 35203

Henry C. Barnett
Christopher W. Weller
Capell & Howard
P.O. Box 2069
Montgomery, Alabama 36102-2069

William F. Kelley, Esq.
Alabama Retirement Systems
135 South Union Street
Montgomery, Alabama 36130