IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAMELA RAMOS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF ALABAMA, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:07cv293-MHT |

## MOTION TO WITHDRAW AS COUNSEL

COME NOW the undersigned and moves to withdraw as counsel for Defendants in this case. As grounds therefore, the undersigned states that, with the conversion of Plaintiff's claims to an individual case, Defendants are represented by other counsel who have already appeared in the case.

Respectfully submitted this 25th day of April, 2007.

Respectfully submitted,

TROY KING (KIN047)
ATTORNEY GENERAL
BY:

s/ John J. Park, Jr.
John J. Park, Jr. Bar Number: (PAR041)
Special Deputy Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8440
E-mail: jpark@ago.state.al.us

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 25th day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non CM/ECF participants):

Alice Ann Byrne, Esq.
Alabama State Personnel Department
64 North Union Street
Montgomery, AL 36130

Margaret L. Fleming
John J. Park, Jr.
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

William F. Gardner, Esq.
William Kenneth Thomas
Cabaniss, Johnston, Gardner, Dumas
 & O'Neal
Park Place Tower, Suite 700
2001 Park Place North
Birmingham, AL 35203

Patrick Hanlon Sims
Cabaniss Johnston Gardner Dumas
 & ONeal
P. O. Box 2906
Mobile, AL 36652-2906

Henry Lewis Gillis
Thomas, Means, Gillis & Seay, P.C.
400 Financial Center
505 20th Street North
Birmingham, AL 35203

Rocco Calamusa, Jr., Esq.
Wiggins Childs Quinn & Pantanzis
301 19th Street North
Birmingham, AL 35203-3204

Nikaa Baugh Jordan
Lightfoot Franklin & White LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203-3200

Robert Jackson Russell, Sr.
Dept of Agriculture & Industries
P. O. Box 3336
1445 Federal Dirvie
81 Watson Circle
Montgomery, AL 36107

Willie Julius Huntley, Jr.
The Huntley Firm PC
P. O. Box 370
Mobile, AL 36601

Andrew P. Campbell, Esq.
Brandy Murphy Lee, Esq.
Thomas O. Sinclair, Esq.
Wendy T. Tunstill, Esq.
Campbell Waller & Poer LLC
2100-A South Bridge Parkway
Suite 450
Birmingham, AL 35209-1303

Tara S. Knee
Kim Tobias Thomas
Alabama Department of Corrections
P.O. Box 301501
Montgomery, AL 36130-1501

Mai Lan Fogal Isler
Christopher W. Weller
Capell, Howard, Knabe & Cobb, P.A.
P.O. Box 2069
Montgomery, AL 36102-2069

Frank Decalve Marsh
Alabama Department of Industiral
Relations
649 Monroe Street
Montgomery, AL 36131

Andrew Weldon Redd
Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, AL 36130

Robert Douglas Tambling
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130

**s/ John J. Park, Jr.**
John J. Park, Jr. Bar Number:  (PAR041)
Special Deputy Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 353-8440
E-mail:  jpark@ago.state.al.us