IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PAMELA RAMOS,                      )
                                   )
    Plaintiff,                     )
                                   )        CIVIL ACTION NO.
    v.                             )          2:07cv293-MHT
                                   )
STATE OF ALABAMA, et al.,          )
                                   )
    Defendants.                    )
```

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 5) is granted.

DONE, this the 26th day of April, 2007.

　　　　　　　　　　　　　　　　　／s／ Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE