IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **PAMELA RAMOS,** ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv293-MHT |
| ) | |
| **STATE OF ALABAMA, et al.,** ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 6) is granted.

DONE, this the 26th day of April, 2007.

                                      /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**