**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **PAMELA RAMOS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.:** |
| ) | **07-cv-293-MHT** |
| **STATE OF ALABAMA, et al.** ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Comes now the undersigned, Russell W. Adams, and files his Notice of Appearance, as additional counsel of record for plaintiff, Pamela Ramos.

                    Respectfully submitted,

                    s/ Russell W. Adams
                    Rocco Calamusa, Jr.
                    Russell W. Adams
                    Counsel for Plaintiff

**OF COUNSEL**:
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing document has been filed with the Clerk of Court using the CM/ECF system which will electronically notify that the following counsel of record:

Alice Ann Byrne, Esq.
State Personnel Department
64 North Union Street
Montgomery, Alabama 36104

on this the  2nd  day of May , 2007

                                          s/ Russell W. Adams
                                          OF COUNSEL