IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **PAMELA RAMOS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   **CIVIL ACTION NO.: 2:07-CV-293-MHT** |
| | ) |
| **STATE OF ALABAMA, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## MOTION TO WITHDRAW

COMES NOW Joseph V. Musso, and moves to withdraw as counsel for Defendant State of Alabama Personnel Department. The law firm of Cabaniss Johnston Gardner Dumans & O'Neal will continue to serve as counsel for Defendant.

WHEREFORE, THE PREMISES CONSIDERED, undersigned counsel respectfully requests that the Court grant this Motion and permit Joseph V. Musso to withdraw as counsel for Defendant.

Respectfully submitted,

s/ Joseph V. Musso
Bar No: ASB-4825-O40J

Joseph V. Musso
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
Telephone: (205) 328-1900
Facsimile : (205) 328-6000
Email: joseph.musso@odnss.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to the following:

Russell W. Adams – radams@wcqp.com

Alice A. Byrne – aliceann.byrne@personnel.alabama.gov

Rocco Calamusa, Jr. – rcalamusa@wcqp.com

Andrew P. Campbell – acampbell@cwp-law.com

Margaret L. Fleming – mfleming@ago.state.al.us

William F. Gardner – wfg@cabaniss.com

Henry L. Gillis – hlgillis@tmgpc.com

Willie J. Huntley, Jr. – huntfirm@bellsouth.net

Mai Lan F. Isler – mfi@chlaw.com

Troy R. King – mjackson@ago.state.al.us

Brandy M. Lee – blee@cwp-law.com

Frank D. Marsh – jcroy@dir.state.al.us

Andrew W. Redd – redda@dot.state.al.us

Robert J. Russell, Sr. – robert.russell@agi.alabama.gov

Patrick H. Sims – phs@cabanissmobile.com

Thomas O. Sinclair – tsinclair@cwp-law.com

Robert D. Tambling – rtambling@ago.state.al.us

William K. Thomas – wkt@cabaniss.com

Wendy T. Tunstill – wendyt@cwp-law.com

Christopher W. Weller – cww@chlaw.com


    s/ Joseph V. Musso
    OF COUNSEL