**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **PAMELA RAMOS,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **v.** | ) | **07 cv 293-MHT** |
| | ) | |
| **STATE OF ALABAMA, et al.,** | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

_____

## CONFLICT DISCLOSURE STATEMENT

Defendants State of Alabama, Governor Fob James, State Personnel Department, State Personnel Board, Dr. Halycon Ballard, Director of State Personnel Department, and Department of Examiners of Public Accounts, in the above-captioned matter, and in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

1.    Defendant State of Alabama is a governmental entity;

2.    Defendant Governor Fob James is an individual;

3.    Defendant State Personnel Department is a governmental entity;

4.    Defendant State Personnel Board is a governmental entity;

5.    Defendant Dr. Halycon Ballard is an individual;

6.    Defendant Department of Examines of Public Accounts is a governmental entity.

Respectfully submitted, this 13th day of July, 2007.

 /s/ Alice Ann Byrne
ALICE ANN BYRNE, ESQ. (BYR 015)
Attorney for Defendants State of Alabama,
Governor Fob James, State Personnel
Department, State Personnel Board,
Dr. Halycon Ballard, Director of State
Personnel Department, and Department
of Examiners of Public Accounts

STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
Folsom Administrative Building
64 North Union Street ~ Suite 316
Montgomery, AL  36130
(334) 242-3451
(334) 353-4481 fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July, 2007, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

For the Plaintiff:
Russell W. Adams, Esq.
Rocco Calamusa, Jr., Esq.
WIGGINS CHILDS QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North
Birmingham, AL  35203-3204

 /s/  Alice Ann Byrne
Of Counsel