**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **PAMELA RAMOS,** | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **07 cv 293-MHT** |
| | ) | |
| **STATE OF ALABAMA,** *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

_____

**JOINT STATEMENT REGARDING REPRESENTATION OF PARTIES**

In response to this Honorable Court's Order of June 25, 2007 [Doc. No. 17], requiring the

parties to jointly prepare a statement concerning representation, the following is submitted:

A.     **Defendants remaining in the case:**

1.  Department of  Examiners of Public Accounts

2.  State Personnel Department

3.  State Personnel Board

4.  Jackie Graham, Director of State Personnel Department

5.  State of Alabama

6.  Governor Bob Riley[1]

B.     **Attorneys in the case:**

1.  Russell W. Adams

_____

[1] The defendants contend that the State and Governor Riley are not proper defendants. Plaintiffs contend that Robert
L. Jones, Chief Examiner for Examiners of Public Accounts, is also a proper defendant.

2. Rocco Calamusa, Jr.

3. Alice Ann Byrne

**C.    Representation of parties:**

| Plaintiff: | Attorneys |
|---|---|
| Pamela Ramos | Russell W. Adams<br>Rocco Calamusa, Jr. |

| Defendants: | Attorneys |
|---|---|
| State Personnel Department | Alice Ann Byrne |
| State Personnel Board | Alice Ann Byrne |
| Jackie Graham, Director | Alice Ann Byrne |
| Department of Examiners of Public Accounts | Alice Ann Byrne |
| State of Alabama | Alice Ann Byrne |
| Governor Bob Riley | Alice Ann Byrne |

The parties agree that the Governor and the State of Alabama shall be dismissed from this action without prejudice, subject to the Plaintiff's right to reinstate the Governor and the State of Alabama as defendants upon notice to the Court and the parties. The Governor and the State would then be reinstated as defendants in this action as if they had never been dismissed such that any application statute of limitations shall be tolled during the dismissal period. The Defendants agree that no objection or defense arising from the dismissal will be raised.

Respectfully submitted, this 7th day of August, 2007.

/s/ Russell W. Adams

RUSSELL W. ADAMS (ASB 3760-A62R)
Attorney for Plaintiff

Address of Counsel:
WIGGINS CHILDS QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North
Birmingham, AL 35203-3204
(205) 314-0500

/s/ Alice Ann Byrne

ALICE ANN BYRNE (BYR 015)
Attorney for Defendants
State of Alabama, Governor Fob James,
State Personnel Department,
State Personnel Board, Jackie Graham,
Director of State Personnel Department, and
Department of Examiners of Public
Accounts

Address of Counsel:
STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
64 North Union Street ~ Suite 316
Folsom Administrative Bldg.
Montgomery, Alabama 36130
(334) 242-3450

3