**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **PAMELA RAMOS,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **v.** | ) | **07 cv 293-MHT** |
| | ) | |
| **STATE OF ALABAMA,** *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

_____

**AMENDED
CONFLICT DISCLOSURE STATEMENT**

Defendants State of Alabama, Governor Bob Riley, State Personnel Department, State Personnel Board, Jackie Graham, in her official capacity as Director of State Personnel Department, and Department of Examiners of Public Accounts, in the above-captioned matter, and in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

1.      Defendant State of Alabama is a governmental entity;

2.      Defendant Governor Bob Riley is an individual;

3.      Defendant State Personnel Department is a governmental entity;

4.      Defendant State Personnel Board is a governmental entity;

5.      Defendant Jackie Graham is an individual;

6.      Defendant Department of Examiners of Public Accounts is a governmental entity.

Respectfully submitted, this 8th day of August, 2007.

                                       /s/ Alice Ann Byrne
                                    ALICE ANN BYRNE, ESQ. (BYR 015)
                                    Attorney for Defendants

STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
Folsom Administrative Building
64 North Union Street ~ Suite 316
Montgomery, AL  36130
(334) 242-3451
(334) 353-4481 fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August, 2007, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

For the Plaintiff:
        Russell W. Adams, Esq.
        Rocco Calamusa, Jr., Esq.
        WIGGINS CHILDS QUINN & PANTAZIS, P.C.
        The Kress Building
        301 19th Street North
        Birmingham, AL  35203-3204

                                      /s/  Alice Ann Byrne
                                    Of Counsel