IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


PAMELA RAMOS,                    )
                                 )
        Plaintiff,               )
                                 )        CIVIL ACTION NO.
        v.                       )          2:07cv293-MHT
                                 )
STATE OF ALABAMA, et al.,        )
                                 )
        Defendants.              )

                          ORDER

        It is ORDERED that the motion for extension of

deadlines (Doc. No. 24) is granted as requested.

        DONE, this the 10th day of August, 2007.


                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE