IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **PAMELA RAMOS,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: 07-CV-293-MHT |
| | * | |
| **STATE OF ALABAMA, et al.** | * | |
| | * | |
| Defendant. | * | |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff Pamela Ramos, and dismisses her claims in the above-styled cause without prejudice pursuant to FRCP 41(a)(1)(i), as she no longer wishes to pursue this action and the defendants have not yet filed an answer or a motion for summary judgment.

Respectfully submitted,

 /s/ Russell W. Adams
Russell W. Adams
Counsel for Plaintiffs

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama  35203
(205) 314-0500

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 12th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alice Ann Byrne
State Personnel Department
64 North Union Street
316 Folsom Administrative Bldg.
Montgomery, AL 36130
AliceAnn.Byrne@personnel.alabama.gov

    /s/ Russell W. Adams
    OF COUNSEL